IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY DUTTON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 19-194** |
| | : | |
| **US BANKRUPTCY COURT** | : | |
| **EASTERN DISTRICT OF PA.,** *et al.*, | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this 17th day of January 2019, upon considering *pro se* Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), Complaint (ECF Doc. No. 2), Motion for a temporary restraining order and preliminary injunction (ECF Doc. No. 3) to affect ongoing proceedings by immune judicial officers in the United States Bankruptcy Court, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

3. The Complaint (ECF Doc. No. 2) is **DISMISSED with prejudice;**

4. Nothing in this Order precludes Plaintiff's ability to appeal an identified Order from the United States Bankruptcy Court;

5. Plaintiff's Motion for temporary restraining order and preliminary injunction (ECF Doc. No. 3) is **DENIED as moot**; and,

6. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.